# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JASON WHITT, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:19-cv-02072-SGC |
| JEMISON DEMSEY, LLC, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On February 11, 2020, the parties filed a joint motion to dismiss in the above-captioned matter.  (Doc. 14).  Construed as a stipulation of dismissal filed pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the motion is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE** and **ORDERED** this 13th day of February, 2020.

*Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE